# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

| | |
|---|---|
| JOHN POULLARD | CIVIL ACTION NO. 06-1414-P |
| VERSUS | JUDGE STAGG |
| RICHARD STALDER, ET AL. | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Before the Court is a civil rights complaint filed by pro se plaintiff John Poullard (Plaintiff), pursuant to 42 U.S.C. § 1983. This complaint was received and filed in this Court on August 17, 2006. Plaintiff is incarcerated in the David Wade Correctional Center in Homer, Louisiana. He claims his placement in extended lock-down violates his civil rights. He names Richard Stalder, Venetia Michael, Jerry Goodwin, Ray Hanson, Jamie Fussell, Linda Ramsy, Johnny Creed and Angie Huff as defendants.

On April 26, 1996, Title 28 § 1915 was amended to add a new requirement pertaining to successive claims. This section limits non-meritorious IFP claims by prohibiting prisoners from filing additional IFP petitions if three have already been dismissed on the grounds that they were frivolous, malicious or failed to state a claim upon which relief could be granted. See 28 U.S.C. § 1915(g). However, prisoners can file additional claims if they claim to be "under imminent threat of serious bodily injury."

Plaintiff has had the following IFP claims dismissed as frivolous: Poullard v. Foster, et al., No. 3:96cv56 (M.D. La. 1996); Poullard v. Vannoy, et al., No. 3:94cv527 (M.D. La.

1994); and <u>Poullard v. Daly, et al.</u>, No. 3:04cv604 (M.D. La. 2004).

Plaintiff does not allege he is under imminent threat of serious bodily injury.

Accordingly;

**IT IS ORDERED** that the Memorandum Order (Doc. 8) granting Plaintiff IFP status is hereby **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiff pay the $350.00 filing fee within twenty (20) days from the date of this Order. Failure to pay the filing fee will result in the pleadings being **STRICKEN** from the record.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 18th day of December, 2006.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE